UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
-------------------------------------------------- X
:
JONATHAN BURKHARDT, and : Case No. 3:25-cv-00693-TKW-ZCB
DEVEN BURKHARDT, individually :
and on behalf of all others similarly :
situated, :
: **NOTICE OF EARLIER**
Plaintiffs, : **FILED ACTION**
:
v. :
:
MONEYLION TECHNOLOGIES :
INC., ML PLUS LLC, and :
MONEYLION OF FLORIDA, LLC, :
:
Defendants. X
--------------------------------------------------

    Defendants wish to notify the Court of a related action pending against MoneyLion Technologies Inc. in the United States District Court for the Southern District of New York. That case, *Lowe v. MoneyLion Technologies, Inc.*, No. 1:25-cv-04098, was initiated in New York state court on March 17, 2025 and was removed to the District Court on May 15, 2025. Defendants moved to dismiss or, in the alternative, to compel arbitration on June 23, 2025. In response, Plaintiffs amended their complaint on July 7, 2025. The claims and putative classes asserted in *Lowe* substantially overlap with the claims and putative classes asserted in this action.

    A copy of the *Lowe* amended complaint is attached to this Notice as **Exhibit A** for the Court's reference.

NELSON MULLINS RILEY &
SCARBOROUGH LLP

*/s/ Ginger Barry Boyd*
GINGER BARRY BOYD
Florida Bar Number 294550
215 South Monroe Street, Suite 400
Tallahassee, Florida 32301
Tel: (850) 907-2556; Fax (850) 681-9792
ginger.boyd@nelsonmullins.com
allison.abbott@nelsonmullins.com

James Kim (*Admitted Pro Hac Vice*)
Kaitland Kennelly (*pro hac vice forthcoming*)
Hugh Hamilton (*Admitted Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001
Tel: (212) 479-6000; Fax: (212) 479-6275
jameskim@cooley.com
kkennelly@cooley.com
hhamilton@cooley.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on July 9, 2025 and served on the following parties receiving notices electronically.

Janet R. Varnell, Esq.
Brian W. Warwick, Esq.
Christopher J. Brochu, Esq.
Jeffrey L. Newsome, Esq.
Pamela Levinson, Esq.
Varnell & Warwick, P.A.
400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
jvarnell@vandwlaw.com
bwarwick@vandwlaw.com
cbrochu@vandwlaw.com
jnewsome@vandwlaw.com
plevinson@vandwlaw.com
ckoerner@vandwlaw.com
jesquibel@vandwlaw.com
service@vandwlaw.com
*Attorneys for Plaintiffs*

Kevin J. Abramowicz, Esq.
Kevin Tucker, Esq.
Chandler Steiger, Esq.
Jessica Liu, Esq.
East End Trial Group LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
kabramowicz@eastendtrialgroup.com
ktucker@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
jliu@eastendtrialgroup.com
*Attorneys for Plaintiffs*

Melissa S. Weiner, Esq.
Ryan T. Gott, Esq.
Pearson Warshaw LLP
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
mweiner@pwfirm.com
rgott@pwfirm.com
*Attorneys for Plaintiffs*

Shennan Kavanagh, Esq.
National Consumer Law Center
7 Winthrop Square
Boston, MA 02110
skavanagh@nclc.org
*Attorneys for Plaintiffs*

                                          */s/ Ginger Barry Boyd*
                                          **Ginger Barry Boyd, Esq.**

4898-8043-8612